JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEAH1 GROUP CORPORATION, a Ho Chi Minh City, Vietnam company,<br><br>        Petitioner,<br><br>        v.<br><br>ADACTIVE MEDIA, INC., a Delaware corporation; ADACTIVE MEDIA CA, INC., a California corporation; and THOUGHTFUL (THAILAND) CO., LTD, a Thai corporation,<br><br>        Respondents. | Case No. 2:24-cv-10254-SPG-JC<br><br>**JUDGMENT** |

    Pursuant to the Order Granting, In Part, the Petition to Confirm Arbitration Award and for Entry of Judgment (ECF No. 21), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in this case as follows:

    1.    The Final Award made by the ICC assigned case no. 24720/HTG against the Respondents, as authorized by 9 U.S.C. § 207, is confirmed in all respects;

    2.    Awarding Petitioner damages in the amount of $705,537.11 in costs awarded under the Final Award as against each of the Respondents;

    3.    Awarding Petitioner post-award interest as against each of the Respondents;

    4.    Maintaining this Court's jurisdiction over this matter until the Respondents have fully complied with the Final Award.

The Court directs the Clerk to administratively close this case.

**IT IS SO ORDERED.**

DATED: October 20, 2025

                                      UNITED STATES DISTRICT JUDGE